AO 458  (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

**v.**

MICHAEL SAWYER
Defendant.

NOTICE OF APPEARANCE IN A
CRIMINAL CASE

Case No.    24-10187

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

MICHAEL SAWYER
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

Pennsylvania (1990), EDPA (1991), Third Cir. (1993),

Court(s)  MDPA (2008), Court of Federal Claims (2010)
U.S. Supreme Court (2011), Ninth Cir. (2018), Tenth Cir. (2021)
EDTN (2023)          October 9, 2024

Year(s) of Admission

Date

Signature of Attorney

Michael A. Schwartz
Print Name
Troutman Pepper
3000 Two Logan Square, 18th and Arch Streets
Address

Philadelphia, PA 19106
City, State, Zip Code

michael.schwartz@troutman.com
Email Address

267-767-3145
Phone Number

800-615-2315
Fax Number