# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 24-10187 |
| MICHAEL SAWYER | : | **ORDER FOR CONTINUANCE** |

1.  This matter came before the Court on the joint application of Vikas Khanna, Acting United States Attorney for the District of New Jersey (Edeli Rivera, Katherine J. Calle, and Clara Kim, Assistant U.S. Attorneys, appearing), and defendant Michael Sawyer (Michael A. Schwartz, Esq., and Shawn R. Farrell, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through April 4, 2025.

2.  This Court has previously granted three § 3161(h)(7)(A) continuances in this case.

3.  Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.  Counsel for the United States also represented that this continuance is necessary to prevent any non-excludable days under § 3161(h) from expiring.

5.  The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.  The defendant, through counsel, has consented to this continuance.

- 2 -

7.     FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a.     This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits provided by the Speedy Trial Act.

    b.     Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

    c.     Both the United States and the defendant desire additional time to attempt to resolve this case, which would render grand jury proceedings and a trial in this matter unnecessary.

    d.     Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through April 4, 2025, and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

        s/Michael A. Hammer
_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge

Dated: ___February 3_____, 2025
Form and entry consented to:

/s/ Katherine J. Calle
Katherine J. Calle                       Michael A. Schwartz/Shawn R. Farrell
Edeli Rivera                          Counsel for Defendant Michael Sawyer
Clara Kim
Assistant U.S. Attorneys